

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2016

No. 04-16-00220-CR

Russell Lee **BURKE,**
Appellant

v.

The State of **TEXAS,**
Appellee

From the 33rd District Court, Llano County, Texas
Trial Court No. CR6998
Honorable Jerry Allan Garrett, Judge Presiding

## O R D E R

The appellee's motion for extension of time to file their brief is granted. We order the brief due February 10, 2017. No further extension of time will be considered absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court